Robin Adair et al., Respondents, v Municipal Utility Commission of the Village of Bath, Doing Business as Bath Electric, Gas and Water Systems, et al., Appellants.

Decided September 22, 2009

Reported below, 63 AD3d 1606.

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the order appealed from does not finally determine the action within the meaning of the Constitution. CPLR 5602 (a) (2) does not apply to appeals filed as of right.